Case 18-22597-TPA    Doc 40    Filed 10/26/18    Entered 10/26/18 11:46:58    Desc Main
Document      Page 1 of 1

FILED
10/26/18 11:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 18-22597-TPA |
| Jeremiah D. Austin<br>Mary Kay Austin | :<br>:<br>: | Chapter: 13 |
| *Debtor(s)*. | :<br>: | Date: 10/24/2018<br>Time: 10:00 |

## PROCEEDING MEMO

**MATTER:**     #32 MFRS (Toyota Motor Credit Corp)
                #38 Resp. by Debtors

**APPEARANCES:**
        Debtor:     Matthew M. Herron
        Trustee:    Kate DeSimone
        Toyota:     James Warmbrodt

**NOTES:**

Herron:         Motion is premature.  Wage attachment is remitting.

Warmbrodt:      3 months of payments were missed.  Agree should be dismissed.

DeSimone:       Trustee is in a position to beginning disbursements this month.

**OUTCOME:**    Motion is dismissed / MOE

/s/ *signature*
vas