FILED
10/26/18 11:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jeremiah D. Austin<br>Mary Kay Austin fka Mary Kay Browning<br>Debtor(s) | |
| Toyota Motor Credit Corporation<br>Movant<br>v.<br>Jeremiah D. Austin<br>Mary Kay Austin fka Mary Kay Browning<br>Respondent<br>and<br>TRonda J. Winnecour, Trustee<br>Additional Respondent | BK. NO. 18-22597 TPA<br><br>CHAPTER 13<br><br>Related to Document No. 32 |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 24th day of October, 2018, upon Motion of Toyota Motor Credit Corporation, it is

*For the reasons stated at the hearing*

**ORDERED THAT:** ~~The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362(d)~~ ~~and 1301 (if applicable) as to Movant to permit said creditor, its successors an/or assigns to take~~ ~~possession and sell, lease, and otherwise dispose of the 2017 TOYOTA COROLLA, VIN:~~ ~~2T1BURHE7HC80651, in a commercially reasonable manner.~~ *the Motion is Dismissed*

_____
United States Bankruptcy Judge

cc: See attached service list:

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                            Case No. 18-22597-TPA
Jeremiah D. Austin                                                Chapter 13
Mary Kay Austin
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: mgut              Page 1 of 1              Date Rcvd: Oct 26, 2018
                              Form ID: pdf900         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2018.
```
db             +Jeremiah D. Austin,    418 1st Street,    Apollo, PA 15613-1107
jdb            +Mary Kay Austin,    5730 Lincoln Avenue,    Export, PA 15632-1317
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2018 at the address(es) listed below:
```
              Christopher M. McMonagle    on behalf of Creditor    Embrace Home Loans, Inc.
               cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Matthew M. Herron    on behalf of Debtor Jeremiah D. Austin mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Joint Debtor Mary Kay Austin mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 7
```