**2100 B (12/15)**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA
## Case No. 18-22597-TPA
## Chapter 13

In re: Debtor(s) (including Name and Address)

Jeremiah D. Austin
418 1st Street
Apollo PA 15613

Mary Kay Austin
5730 Lincoln Avenue
Export PA 15632

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/01/2018.

Name and Address of Alleged Transferor(s):

Name and Address of Transferee:

Claim No. 13: Embrace Home Loans, Inc., c/o RoundPoint Mortgage Servicing Corp.,
5016 Parkway Plaza Blvd., Buildings 6 and 8, Charlotte, NC 28217

Roundpoint Mortgage
5032 Parkway Plaza Blvd.
Charlotte, NC 28217

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    11/04/18

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 18-22597-TPA
Jeremiah D. Austin                                                          Chapter 13
Mary Kay Austin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: mgut              Page 1 of 1              Date Rcvd: Nov 02, 2018
                               Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2018.
14895055         +Embrace Home Loans, Inc.,   c/o RoundPoint Mortgage Servicing Corp.,    5016 Parkway Plaza Blvd.,
                  Buildings 6 and 8,   Charlotte, NC 28217-1932

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2018                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2018 at the address(es) listed below:
              Christopher M. McMonagle    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
               cmcmonagle@sterneisenberg.com,  bkecf@sterneisenberg.com
              Christopher M. McMonagle    on behalf of Creditor    Embrace Home Loans, Inc.
               cmcmonagle@sterneisenberg.com,  bkecf@sterneisenberg.com
              James  Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Matthew M. Herron    on behalf of Debtor Jeremiah D. Austin mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Joint Debtor Mary Kay Austin mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh;PNGbankruptcy@peoples-gas.com
                                                                                           TOTAL: 8