FILED
7/17/19 10:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

Jeremiah D. Austin
Mary Kay Austin
      Debtors.

The Debt Doctors, LLC,
      Movant,
  vs.

No Respondent.

Bankruptcy No.: 18-22597-TPA
Chapter 13

Document No.: 55

## ORDER OF COURT

AND NOW, this __17th__ day of __July__, 2019, the Application of The Debt Doctors, LLC as counsel for the Debtors, for Interim Compensation and Reimbursement of Expenses is approved in the ***total*** amount of $5,404.54 for services rendered on behalf of the Debtors for the period between August 23, 2017 through June 26, 2019, which represents $5,372.00 in attorneys' fees and $32.54 in costs.

IT IS FURTHER ORDERED, of the total fee award, the Debtors have previously paid $4,000.00 to counsel as a "no-look" fee. Accordingly, the Chapter 13 Trustee shall only pay an additional $1,404.54 ($1,372.00 in attorneys' fees and $32.54 in costs) to Counsel through the Debtors' Plan.

The Clerk shall Record the Total Award of Compensation in the amount of $5,404.54 which includes $5,372.00 in fees and $32.54 in costs.

BY THE COURT:

_____ J.
United States Bankruptcy Judge

vas

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jeremiah D. Austin  
Mary Kay Austin  
       Debtors

Case No. 18-22597-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: mgut      Page 1 of 1      Date Rcvd: Jul 17, 2019  
                     Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2019.
```
db/jdb         +Jeremiah D. Austin,    Mary Kay Austin,    418 1st Street,    Apollo, PA 15613-1107
aty            +The Debt Doctors, LLC,    607 College Street,    Suite 101,    Pittsburgh, PA  15232,
                 UNITED STATES 15232-1700
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2019 at the address(es) listed below:
```
              Christopher M. McMonagle    on behalf of Creditor    Embrace Home Loans, Inc.
               cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              Christopher M. McMonagle    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
               cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              James  Warmbrodt     on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Matthew M. Herron    on behalf of Debtor Jeremiah D. Austin mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Joint Debtor Mary Kay Austin mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron    on behalf of Attorney   The Debt Doctors, LLC mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 9
```