## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Jeremiah D. Austin and<br>Mary Kay Austin,<br>    Debtors. | Bankruptcy No.: 18-22597-TPA<br><br>Chapter 13 |
| Jeremiah D. Austin and<br>Mary Kay Austin,<br>    Movants, | Document No.:<br>Related to Claim No.: 13 |
| vs. | |
| Roundpoint Mortgage Servicing Corp. and<br>Ronda J. Winnecour, Esq., Trustee,<br>    Respondents. | |

### CERTIFICATE OF SERVICE

I, Matthew M. Herron, Esq., of The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232 certify as follows:

That I am and at all times hereinafter mentioned more than 18 years of age:

That on the 14 November 2019

I served a copy of:    **Notice of Proposed Modification to Confirmed Plan, Amended Chapter 13 Plan Dated 11/12/2019, and Order Setting Hearing on Amended Plan**

RE:    Jeremiah D. Austin                Case No. 18-22597-TPA
       Mary Kay Austin                   Chapter 13

ON:    THE FOLLOWING CREDITORS AND THE ATTACHED MAILING MATRIX:

Ronda Winnecour, Trustee                 US Trustee
3250 USX Tower                           970 Liberty Center
600 Grant Street                         1001 Liberty Avenue
Pittsburgh, PA 15219                     Pittsburgh, PA 15222
cmecf@chapter13trusteewdpa.com           ustpregion03.pi.ecf@usdoj.gov
*Via electronic notification*            *Via electronic notification*

BY:    Regular First Class U.S. Mail and Electronic Notification

I certify under the penalty of perjury that the foregoing is true and correct.

Date:  November 14, 2019                 /s/ *Matthew M. Herron*
                                         Matthew M. Herron, Esq.
                                         The Debt Doctors, LLC
                                         607 College Street, Suite 101
                                         Pittsburgh, PA 15232
                                         (412) 395-6001

18-22597-TPA|Embrace Home Loans, Inc. |1581 Main Street, Suite 200|Warrington, PA 18976-3403||||
18-22597-TPA|PRA Receivables Management, LLC |PO Box 41021|Norfolk, VA 23541-1021||||
18-22597-TPA|Peoples Natural Gas Company LLC |c/o S. James Wallace, P.C.|845 N. Lincoln Ave.|Pittsburgh, PA 15233-1828|||
18-22597-TPA|RoundPoint Mortgage Servicing Corporation |Stern & Eisenberg, PC|1581 Main Street|Suite 200|1581 Main Street, Suite 200|Warrington, PA 18976-3403|
18-22597-TPA|The Debt Doctors, LLC |607 College Street|Suite 101|Pittsburgh, PA 15232-1700|||
18-22597-TPA|Toyota Motor Credit Corporation | |||||undeliverable
18-22597-TPA|2|U.S. Bankruptcy Court|5414 U.S. Steel Tower|600 Grant Street|Pittsburgh, PA 15219-2703||
18-22597-TPA|Allegheny Metal FCU |260 Pershing Ave.|Leechburg, PA 15656-1241| |||
18-22597-TPA|Avant |640 N. LaSalle|Chicago, IL 60654-3731| |||
18-22597-TPA|Bureaus Investment Group Portfolio No 15 LLC|c/o PRA Receivables Management, LLC|PO Box 41021|Norfolk VA 23541-1021| ||
18-22597-TPA|CBNA |PO Box 6497|Sioux Falls, SD 57117-6497| |||
18-22597-TPA|Capital One |PO Box 30253|Salt Lake City, UT 84130-0253| |||
18-22597-TPA|Capital One Services |P.O. Box 30281|Salt Lake City, UT 84130-0281| |||
18-22597-TPA|Capital One Services |POB 30285|Salt Lake City, UT 84130-0285| |||
18-22597-TPA|Cavalry SPV I, LLC |500 Summit Lake Drive, Ste 400|Valhalla, NY 10595-2321| |||
18-22597-TPA|Chrysler Capital |PO Box 660335|Dallas, TX 75266-0335| |||
18-22597-TPA|Chrysler Capital |PO Box 961275|Fort Worth, TX 76161-0275| |||
18-22597-TPA|Citi |PO Box 9001055|Louisville, KY 40290-1055| |||
18-22597-TPA|Citi Cards |PO Box 6283|Sioux Falls, SD 57117-6283| |||
18-22597-TPA|Comenity Bank |PO Box 182789|Columbus, OH 43218-2789| |||
18-22597-TPA|Credit One Bank |P.O. Box 98873|Las Vegas, NV 89193-8873| |||
18-22597-TPA|Embrace Home Loans, Inc. |c/o RoundPoint Mortgage Servicing Corp.|5016 Parkway Plaza Blvd.|Buildings 6 and 8|Charlotte, NC 28217-1932| |
18-22597-TPA|Fed Loan Servicing |P.O. Box 69184|Harrisburg, PA 17106-9184| |||
18-22597-TPA|First Premier Bank |601 S. Minnesota Avenue|Sioux Falls, SD 57104-4868| |||
18-22597-TPA|Holly Austin |415 N. 6th Street|Apollo, PA 15613-1217| |||
18-22597-TPA|LVNV Funding, LLC its successors and assigns|assignee of Capital One Bank (USA), N.A.|Resurgent Capital Services|PO Box 10587|Greenville, SC 29603-0587| |
18-22597-TPA|LVNV Funding, LLC its successors and assigns|assignee of Capital One, N.A.|Resurgent Capital Services|PO Box 10587|Greenville, SC 29603-0587| |
18-22597-TPA|Lending Club |71 Stevenson Street, Suite 300|San Francisco, CA 94105-2985| |||
18-22597-TPA|Midland Funding LLC |PO Box 2011|Warren, MI 48090-2011| |||
18-22597-TPA|NCB Management Services, Inc. |PO Box 1099|Langhorne, PA 19047-6099| |||
18-22597-TPA|NATIONWIDE INSURANCE|SERVICE OF PROCESS TEAM|THREE NATIONWIDE PLAZA|MAIL CODE 3-11-310|COLUMBUS OH 43215-2410||preferred
18-22597-TPA|Office of the United States Trustee |Liberty Center.|1001 Liberty Avenue, Suite 970|Pittsburgh, PA 15222-3721|||
18-22597-TPA|PA SCDU |PO Box 69111|Harrisburg, PA 17106-9111| |||
18-22597-TPA|PRA Receivables Management, LLC |PO Box 41021|Norfolk, VA 23541-1021| |||duplicate
18-22597-TPA|PayPal Credit |PO Box 105658|Atlanta, GA 30348-5658| |||
18-22597-TPA|Peoples Natural Gas Company LLC |c/o S. James Wallace, P.C.|845 N. Lincoln Ave.|Pittsburgh, PA 15233-1828| ||duplicate
18-22597-TPA|PORTFOLIO RECOVERY ASSOCIATES LLC|PO BOX 41067|NORFOLK VA 23541-1067||||preferred
18-22597-TPA|Premier Bankcard, Llc |Jefferson Capital Systems LLC Assignee|Po Box 7999|Saint Cloud Mn 56302-7999| ||
18-22597-TPA|Quantum3 Group LLC as agent for |Credit Corp Solutions Inc|PO Box 788|Kirkland, WA  98083-0788| ||
18-22597-TPA|Quantum3 Group LLC as agent for |Velocity Investments LLC|PO Box 788|Kirkland, WA  98083-0788| ||
18-22597-TPA|Roundpoint Mortgage |5032 Parkway Plaza Blvd.|Charlotte, NC 28217-1918| |||
18-22597-TPA|SYNCB |PO Box 965005|Orlando, FL 32896-5005| |||
18-22597-TPA|SYNCB |PO Box 965024|Orlando, FL 32896-5024| |||
18-22597-TPA|SYNCB |PO Box 965036|Orlando, FL 32896-5036| |||
18-22597-TPA|SYNCHRONY BANK |c/o Weinstein & Riley, PS|2001 Western Ave., Ste 400|Seattle, WA 98121-3132| ||
18-22597-TPA|Santander Consumer USA, Inc. |d/b/a Chrysler Capital|PO Box 961275|Fort Worth, TX 76161-0275| ||
18-22597-TPA|Sheffield Financial |PO Box 1847|Wilson, NC 27894-1847| |||
18-22597-TPA|Sheffield Financial |PO Box 1847|Wilson, NC 27894-1847| |||duplicate
18-22597-TPA|Sherman Originator III, LLC |PO Box 10497|Greenville, SC 29603-0497| |||
18-22597-TPA|TOYOTA MOTOR CREDIT CORPORATION|PO BOX 8026|CEDAR RAPIDS IA 52408-8026||||preferred
18-22597-TPA|Toyota Motor Credit Corporation |PO Box 9013|Addison, Texas 75001-9013| |||
18-22597-TPA|U.S. Department of Education |C/O FedLoan Servicing|P.O. Box 69184|Harrisburg PA 17106-9184| ||
18-22597-TPA|Woodforest National Bank |1330 Lake Robbins Dr.|Spring, TX 77380-3267| |||

18-22597-TPA|Woodforest National Bank |PO Box 7889|The Woodlands, TX 77387-7889| |||
18-22597-TPA|Worlds Foremost Bank |4800 NW 1st Street, Ste 300|Lincoln, NE 68521-4463| |||
18-22597-TPA|Jeremiah D. Austin |418 1st Street|Apollo, PA 15613-1107||||
18-22597-TPA|Mary Kay Austin |5730 Lincoln Avenue|Export, PA 15632-1317||||
18-22597-TPA|Matthew M. Herron |The Debt Doctors, LLC|607 College Street|Suite 101|Pittsburgh, PA 15232-1700||
18-22597-TPA|Ronda J. Winnecour |Suite 3250, USX Tower|600 Grant Street|Pittsburgh, PA 15219-2702|||