**Form 222**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jeremiah D. Austin**
**Mary Kay Austin**
**fka Mary Kay Browning**
    Debtor(s)

Bankruptcy Case No.: 18–22597–TPA

Chapter: 13
Docket No.: 61 – 60
Concil. Conf.: 12/19/19 at 10:00 AM

# ORDER

    **IT IS HEREBY ORDERED** that, the Debtor(s) shall immediately serve a copy of this *Order,* the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan Dated November 12, 2019* on the Chapter 13 Trustee and all parties on the mailing matrix and complete and file the accompanying *Certificate of Service* with the Clerk.

    On or before **December 4, 2019,** all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Untimely *objections* will not be considered.

    On **12/19/19** at **10:00 AM,** a Conciliation Conference on the Debtor(s)' *Amended Plan* shall occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Dated: November 13, 2019

cm: Debtor(s) and/or Debtor(s)' counsel

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jeremiah D. Austin  
Mary Kay Austin  
       Debtors

Case No. 18-22597-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: vson     Page 1 of 1     Date Rcvd: Nov 13, 2019  
                  Form ID: 222     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2019.  
db/jdb        +Jeremiah D. Austin,    Mary Kay Austin,    418 1st Street,    Apollo, PA 15613-1107

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2019 at the address(es) listed below:

           Christopher M. McMonagle    on behalf of Creditor    Embrace Home Loans, Inc.  
             cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com  
           Christopher M. McMonagle    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation  
             cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com  
           James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  
           Matthew M. Herron    on behalf of Debtor Jeremiah D. Austin mmh@thedebtdoctors.com,  
             hgs@thedebtdoctors.com;alb@thedebtdoctors.com  
           Matthew M. Herron    on behalf of Joint Debtor Mary Kay Austin mmh@thedebtdoctors.com,  
             hgs@thedebtdoctors.com;alb@thedebtdoctors.com  
           Matthew M. Herron    on behalf of Attorney    The Debt Doctors, LLC mmh@thedebtdoctors.com,  
             hgs@thedebtdoctors.com;alb@thedebtdoctors.com  
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
           S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,  
             srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
           Steven P Kelly    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation  
             skelly@sterneisenberg.com  
                                                                                                                TOTAL: 10