**United States Bankruptcy Court**
**Western District of Pennsylvania**

In re  **Mary Kay Austin**

Debtor(s)

Case No.  **18-22597-TPA**
Chapter  **13**

### Notice of Change of Address for Debtor-Wife

**My Mailing Address was previously listed as:**

Name:  **Mary Kay Austin**

Street:  **5730 Lincoln Avenue**

City, State and Zip:  **Export, PA 15632**

**Please be advised my new mailing address is:**

Name:  **Mary Kay Austin**

Street:  **418 1st Street**

City, State and Zip:  **Apollo, PA 15613**

/s/ *Mary Kay Austin*
**Mary Kay Austin**
Debtor-Wife

Respectfully submitted,
THE DEBT DOCTORS
At Quatrini Rafferty

Dated:  September 21, 2021

By: */s/ Matthew M. Herron*
Matthew M. Herron, Esquire
PA I.D. No.:  88927
941 Penn Avenue, Suite 101
Pittsburgh, PA 15222
(412) 395-6001
mmh@thedebtdoctors.com