FILED
10/20/21 10:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Jeremiah D. and Mary Kay Austin | : | Bankruptcy Case No. 18-22597-TPA |
| *Debtor(s)* | : | Chapter 13 |

# PLAN CONFIRMATION ORDER

**AND NOW,** this **20th** of **October**, **2021,** it is hereby **ORDERED, ADJUDGED and DECREED**, with the consent of all the Parties in attendance, as follows:

**A**    The Chapter 13 Plan dated **September 1, 2021**, except as modified herein as numbered, below, is **CONFIRMED** in accord with *11 USC 1325*. On the effective date of this Order, the Chapter 13 Trustee shall pay administrative, secured and priority creditors identified in the Plan. General unsecured creditors will not receive distributions at least until the government bar date has passed and the Chapter 13 Trustee has submitted a *Notice of Intention to Pay Claims* to the Court.

**1.**    For the remainder of the Plan term, the periodic Plan payment is to be ***$3018*** as of ***November, 2021***. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order. (A2)

**2.**    The secured claim(s) of the following Creditor(s), including all allowed post-petition payment changes filed prior to this Confirmation Order, shall govern: ***Freedom Mortgage Cl.#13***. (B14)

**B**    *IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED*:

**1.    Objections to the Plan:** This Order is effective as of the date indicated below. Pursuant to *Fed.R.Bankr.P. 2002(b)*, any party in interest with an objection to any provision of this Confirmation Order must file a written objection within the twenty-eight (28) day period following entry of this Order. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may only disburse funds pursuant to this confirmation order upon expiration of the foregoing twenty-eight (28) day period.

**2.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**3.    Review of Claims Docket and Objections to Claims.** Pursuant to *LBR 3021-1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review all proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**4.    Motions or Complaints Pursuant to §§506, 507, or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507* and *522* shall be filed within ninety (90) days after the claims bar date.

**5.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the Plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

Revised 7/26/2021

**C** **IT IS FURTHER ORDERED THAT:**

**1.** Plan terms are subject to the resolution of: timely but yet to be filed claims including government claims; all actions to determine the avoidability, priority or extent of liens, including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

**2**. Following payment of allowed secured and priority claims the allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

**3.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**4.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**5.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' Counsel and Debtor*(s)* at least twenty-one (21) days prior to the change taking effect.

**6.** Debtor(s) shall file an Amended Schedule I and/or J in the event of:

(a) Household income increases by 10% or more over most the recently filed Schedule I, because of new employment, promotion, or otherwise.

(b) A reduction in payroll withholding (including any Domestic Support Obligation and retirement loan(s) repayments), or a 10% or more reduction of any line item expense on Schedule J.

(c) Any indicated increase in disposable income as a result of an increase in income or decrease in payroll withholding or Schedule J expense (and the fund created for the benefit of general Unsecured Creditors) is retroactive to the date of the payoff of the obligation, decrease in expense, or increase in household income.

**7.** Debtor(s) shall provide Trustee annual tax returns and statements of income and expenses, in accordance with Section 521(f) and (g), and shall file an amended plan reflecting any increase in disposable income retroactive to date of increase.

**8.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016-1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**9.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising preconfirmation defaults in any subsequent motion to dismiss.

**10.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any secured claim that is secured by the subject property, unless directed otherwise by further Order of Court.

Revised 7/26/2021

11.  Any prior Confirmation Order entered in this matter is *VACATED*.

_____
Thomas P. Agresti
United States Bankruptcy Judge

cc: All Parties in interest to be served by Clerk in seven (7) days

Revised 7/26/2021

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22597-TPA |
| Jeremiah D. Austin | Chapter 13 |
| Mary Kay Austin | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 1 of 4 |
| Date Rcvd: Oct 20, 2021 | Form ID: pdf900 | Total Noticed: 51 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeremiah D. Austin, Mary Kay Austin, 418 1st Street, Apollo, PA 15613-1107 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| cr | + | Embrace Home Loans, Inc., 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | RoundPoint Mortgage Servicing Corporation, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, 1581 Main Street, Suite 200 Warrington, PA 18976-3403 |
| 14871996 | | Chrysler Capital, PO Box 660335, Dallas, TX 75266-0335 |
| 14886230 | + | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14872001 | + | Fed Loan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14872002 | + | First Premier Bank, 601 S. Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 15419178 | + | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 15323558 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14872003 | + | Holly Austin, 415 N. 6th Street, Apollo, PA 15613-1217 |
| 15419177 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 14872005 | ++ | NATIONWIDE INSURANCE, SERVICE OF PROCESS TEAM, THREE NATIONWIDE PLAZA, MAIL CODE 3-11-310, COLUMBUS OH 43215-2410 address filed with court:, Nationwide Bank, 1 Nationwide Plaza, Columbus, OH 43215-2220 |
| 14872006 | + | NCB Management Services, Inc., PO Box 1099, Langhorne, PA 19047-6099 |
| 14872007 | | PA SCDU, PO Box 69111, Harrisburg, PA 17106-9111 |
| 14901040 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14887052 | + | Santander Consumer USA, Inc., d/b/a Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14872011 | + | Sherman Originator III, LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 14872015 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 14893160 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14883071 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14871990 | + | Email/Text: alleghenyfcu@windstream.net | Oct 20 2021 22:56:00 | Allegheny Metal FCU, 260 Pershing Ave., Leechburg, PA 15656-1241 |
| 14871991 | + | Email/Text: bk@avant.com | Oct 20 2021 22:56:00 | Avant, 640 N. LaSalle, Chicago, IL 60654-3781 |
| 14894762 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 20 2021 23:04:09 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14871995 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 20 2021 23:04:17 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14871992 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 20 2021 23:04:22 | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14871993 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 20 2021 23:04:22 | Capital One Services, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14871994 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 20 2021 23:04:22 | Capital One Services, POB 30285, Salt Lake City, UT 84130-0285 |
| 14874695 | + | Email/Text: bankruptcy@cavps.com | Oct 20 2021 22:56:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14871997 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 20 2021 23:04:24 | Citi, PO Box 9001055, Louisville, KY 40290-1055 |
| 14871998 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 20 2021 23:04:17 | Citi Cards, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 14871999 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 20 2021 22:56:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 14872000 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 20 2021 23:04:10 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14894818 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2021 23:04:17 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14894759 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2021 23:04:24 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14872004 | + | Email/Text: bk@lendingclub.com | Oct 20 2021 22:56:00 | Lending Club, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 14897310 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 20 2021 22:56:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14899195 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 20 2021 23:04:16 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14873365 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 20 2021 23:04:09 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14872008 | | Email/PDF: gecsedi@recoverycorp.com | Oct 20 2021 23:04:16 | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14901326 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 20 2021 22:56:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14878849 | | Email/Text: bnc-quantum@quantum3group.com | Oct 20 2021 22:56:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14904523 | | Email/Text: bnc-quantum@quantum3group.com | Oct 20 2021 22:56:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14872013 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 20 2021 23:04:22 | SYNCB, PO Box 965024, Orlando, FL 32896-5024 |
| 14872014 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 20 2021 23:04:16 | SYNCB, PO Box 965005, Orlando, FL 32896-5005 |
| 14872012 | | Email/PDF: gecsedi@recoverycorp.com | Oct 20 2021 23:04:16 | SYNCB, PO Box 965036, Orlando, FL 32896-5036 |
| 14911128 | + | Email/Text: bncmail@w-legal.com | Oct 20 2021 22:56:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14872010 | + | Email/Text: bankruptcy@bbandt.com | Oct 20 2021 22:56:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 14872016 | + | Email/Text: ebankruptcy@woodforest.com | Oct 20 2021 22:56:00 | Woodforest National Bank, PO Box 7889, The Woodlands, TX 77387-7889 |

Case 18-22597-TPA   Doc 88   Filed 10/22/21   Entered 10/23/21 00:29:17   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: culy | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 20, 2021 | Form ID: pdf900 | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| 14887059 | + | Email/Text: ebankruptcy@woodforest.com | Oct 20 2021 22:56:00 | Woodforest National Bank, 1330 Lake Robbins Dr., Spring, TX 77380-3267 |
| 14872017 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 20 2021 23:04:22 | Worlds Foremost Bank, 4800 NW 1st Street, Ste 300, Lincoln, NE 68521-4463 |

TOTAL: 30

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Motor Credit Corporation |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14887032 | *+ | Allegheny Metal FCU, 260 Pershing Ave., Leechburg, PA 15656-1241 |
| 14887033 | *+ | Avant, 640 N. LaSalle, Chicago, IL 60654-3781 |
| 14887037 | * | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14887034 | * | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14887035 | * | Capital One Services, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14887036 | * | Capital One Services, POB 30285, Salt Lake City, UT 84130-0285 |
| 14887038 | * | Chrysler Capital, PO Box 660335, Dallas, TX 75266-0335 |
| 14887039 | * | Citi, PO Box 9001055, Louisville, KY 40290-1055 |
| 14887040 | *+ | Citi Cards, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 14887041 | * | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 14887042 | * | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14887043 | *+ | Fed Loan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14887044 | *+ | First Premier Bank, 601 S. Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 14887045 | *+ | Holly Austin, 415 N. 6th Street, Apollo, PA 15613-1217 |
| 14887046 | *+ | Lending Club, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 14887047 | *P++ | NATIONWIDE INSURANCE, SERVICE OF PROCESS TEAM, THREE NATIONWIDE PLAZA, MAIL CODE 3-11-310, COLUMBUS OH 43215-2410, address filed with court:, Nationwide Bank, 1 Nationwide Plaza, Columbus, OH 43215-2220 |
| 14887048 | *+ | NCB Management Services, Inc., PO Box 1099, Langhorne, PA 19047-6099 |
| 14887049 | * | PA SCDU, PO Box 69111, Harrisburg, PA 17106-9111 |
| 14887050 | * | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14887051 | *+ | Roundpoint Mortgage, 5032 Parkway Plaza Blvd., Charlotte, NC 28217-1918 |
| 14887056 | *+ | SYNCB, PO Box 965024, Orlando, FL 32896-5024 |
| 14887057 | *+ | SYNCB, PO Box 965005, Orlando, FL 32896-5005 |
| 14887055 | * | SYNCB, PO Box 965036, Orlando, FL 32896-5036 |
| 14887053 | *+ | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 14876189 | * | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 14887054 | *+ | Sherman Originator III, LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 14887058 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 14887060 | *+ | Worlds Foremost Bank, 4800 NW 1st Street, Ste 300, Lincoln, NE 68521-4463 |
| 14895055 | ##+ | Embrace Home Loans, Inc., c/o RoundPoint Mortgage Servicing Corp., 5016 Parkway Plaza Blvd., Buildings 6 and 8, Charlotte, NC 28217-1932 |
| 14872009 | ##+ | Roundpoint Mortgage, 5032 Parkway Plaza Blvd., Charlotte, NC 28217-1918 |

TOTAL: 1 Undeliverable, 31 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 22, 2021                Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor RoundPoint Mortgage Servicing Corporation bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Christopher M. McMonagle | on behalf of Creditor RoundPoint Mortgage Servicing Corporation cmcmonagle@sterneisenberg.com bkecf@sterneisenberg.com |
| Christopher M. McMonagle | on behalf of Creditor Embrace Home Loans Inc. cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Matthew M. Herron | on behalf of Attorney The Debt Doctors LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Debtor Jeremiah D. Austin mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Joint Debtor Mary Kay Austin mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Steven P Kelly | on behalf of Creditor RoundPoint Mortgage Servicing Corporation skelly@sterneisenberg.com bkecf@sterneisenberg.com |

TOTAL: 12