**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| | Bankruptcy No.: 18-22597-JAD |
| Jeremiah D. Austin | Chapter 13 |
| Mary Kay Austin | |
|    Debtors. | Document No.: |
| | |
| The Debt Doctors, LLC, | Response Deadline: November 21, 2022 |
|    Movant, | Hearing Date & Time: December 7, 2022 at 10:00 AM |
| vs. | |
| No Respondent. | |

## CERTIFICATE OF NO OBJECTION TO THE
## THIRD APPLICATION FOR COMPENSATION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Third Application for Compensation has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Third Application for Compensation appears thereon.  Pursuant to the Notice of Hearing, responses to the Third Application for Compensation were to be filed and served no later than November 21, 2022.

It is hereby respectfully requested that the Order attached to the Third Application for Compensation be entered by the Court.

Date:   November 22, 2022            /s/ Matthew M. Herron
                                   Matthew M. Herron, Esquire
                                   PA ID No. 88927
                                   The Debt Doctors, LLC
                                   607 College Street, Suite 101
                                   Pittsburgh, PA 15232
                                   412-395-6001
                                   mmh@thedebtdoctors.com

                                   ATTORNEY FOR THE DEBTOR