# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

01/20/2023

IN RE:

| | |
|---|---|
| JEREMIAH D. AUSTIN | Case No.18-22597 JAD |
| MARY KAY AUSTIN | |
| 418 1ST STREET | Chapter 13 |
| APOLLO,  PA  15613 | |
| XXX-XX-0051          Debtor(s) | |

XXX-XX-5645

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/20/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | | |
|---|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:1   INT %:  0.00% | | CRED DESC:  NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | | ACCOUNT NO.: 7827 |
| PO BOX 41021 | | | |
| | CLAIM:  0.00 | | |
| NORFOLK, VA  23541 | COMMENT:  WALMART/PRAE | | |

| | | | |
|---|---|---|---|
| **STERN & EISENBERG LP** | Trustee Claim Number:2   INT %:  0.00% | | CRED DESC:  NOTICE ONLY |
| 1581 MAIN ST STE 200 | Court Claim Number: | | ACCOUNT NO.: |
| THE SHOPPES AT VALLEY SQUARE | | | |
| | CLAIM:  0.00 | | |
| WARRINGTON, PA  18976 | COMMENT:  EMBRACE HOME LOANS/PRAE | | |

| | | | |
|---|---|---|---|
| **SANTANDER CONSUMER USA D/B/A CHRYSLER** | Trustee Claim Number:3   INT %:  2.90% | | CRED DESC:  VEHICLE |
| PO BOX 961278 | Court Claim Number:7 | | ACCOUNT NO.: 4001 |
| | CLAIM:  38,736.02 | | |
| FT WORTH, TX  76161 | COMMENT:  $CL-PL@2.9%*910 CL/PL*CHRYSLER CAPITAL/SCH | | |

| | | | |
|---|---|---|---|
| **FREEDOM MORTGAGE CORPORATION** | Trustee Claim Number:4   INT %:  0.00% | | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| ATTN PAYMENT PROCESSING | Court Claim Number:13 | | ACCOUNT NO.: 1456 |
| 10500 KINCAID DR | | | |
| | CLAIM:  0.00 | | |
| FISHERS, IN  46037 | COMMENT:  PMT/DECLAR*DKT4LMT*BGN 7/18*FR EMBRACE HM LNS-D43*FR ROUNDPOINT-D7 | | |

| | | | |
|---|---|---|---|
| **SHEFFIELD FINANCIAL** | Trustee Claim Number:5   INT %:  5.00% | | CRED DESC:  SECURED CREDITOR |
| PO BOX 1847 | Court Claim Number:3 | | ACCOUNT NO.: 3489 |
| BANKRUPTCY SECTION/100-50-01-51 | | | |
| | CLAIM:  12,273.09 | | |
| WILSON, NC  27894 | COMMENT:  $CL-PL@5%*910CL/PL | | |

| | | | |
|---|---|---|---|
| **SHEFFIELD FINANCIAL** | Trustee Claim Number:6   INT %:  0.00% | | CRED DESC:  SECURED CREDITOR |
| PO BOX 1847 | Court Claim Number:4 | | ACCOUNT NO.: 4333 |
| BANKRUPTCY SECTION/100-50-01-51 | | | |
| | CLAIM:  0.00 | | |
| WILSON, NC  27894 | COMMENT:  SURR/PL*$3,603.90/CL | | |

| | | | |
|---|---|---|---|
| **TOYOTA MOTOR CREDIT CORP (TMCC)** | Trustee Claim Number:7   INT %:  1.90% | | CRED DESC:  VEHICLE |
| POB 9490** | Court Claim Number:8 | | ACCOUNT NO.: 0377 |
| | CLAIM:  26,315.64 | | |
| CEDAR RAPIDS, IA  52409-9490 | COMMENT:  $@%/CL-PL*TOYOTA FNNCL SVCS/PL*DK! | | |

| | | | |
|---|---|---|---|
| **SANTANDER CONSUMER USA D/B/A CHRYSLER** | Trustee Claim Number:8   INT %:  0.00% | | CRED DESC:  NOTICE ONLY |
| PO BOX 961278 | Court Claim Number: | | ACCOUNT NO.: |
| | CLAIM:  0.00 | | |
| FT WORTH, TX  76161 | COMMENT:  NT ADR/SCH | | |

| | | | |
|---|---|---|---|
| **PA SCDU*** | Trustee Claim Number:9   INT %:  0.00% | | CRED DESC:  SUPPORT/ALIMONY CONT. |
| PO BOX 69110 | Court Claim Number: | | ACCOUNT NO.: 0051 |
| | CLAIM:  0.00 | | |
| HARRISBURG, PA  17106-9110 | COMMENT:  NT PROV/PL*NO$~ND DSO INFO/SCH | | |

| | | | |
|---|---|---|---|
| **ALLEGHENY METAL FCU** | Trustee Claim Number:10  INT %:  0.00% | | CRED DESC:  UNSECURED CREDITOR |
| 260 PERSHING AVE | Court Claim Number: | | ACCOUNT NO.: |
| | CLAIM:  0.00 | | |
| LEECHBURG, PA  15656 | COMMENT:  DISPUTED/SCH | | |

CLAIM RECORDS

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC AGENT - VELOCITY INV** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:21 | ACCOUNT NO.:  3016 |
| | CLAIM:  4,588.13 | |
| KIRKLAND, WA  98083-0788 | COMMENT:  DISPUTED/SCH*AVANT CREDIT/SCH | |

| | | |
|---|---|---|
| **BUREAUS INVESTMENT GROUP PORTFOLIO NO** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number:10 | ACCOUNT NO.:  8422 |
| PO BOX 41031 | | |
| | CLAIM:  453.08 | |
| NORFOLK, VA  23541 | COMMENT:  DISPUTED~CAPITAL ONE*JUSTICE/SCH | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC, ASSIGNEE** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:12 | ACCOUNT NO.:  4888 |
| POB 10587 | | |
| | CLAIM:  1,146.18 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  CAPITAL ONE~DISPUTED/SCH*SEARS/ORCHARD BANK | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC, ASSIGNEE** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:11 | ACCOUNT NO.:  9721 |
| POB 10587 | | |
| | CLAIM:  1,062.81 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  CAPITAL ONE*HSBC BNK~DISPUTED/SCH | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC, ASSIGNEE** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:9 | ACCOUNT NO.:  8089 |
| POB 10587 | | |
| | CLAIM:  4,263.85 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  DISPUTED/SCH*CAPITAL ONE BANK | |

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:17 | ACCOUNT NO.:  5489 |
| | CLAIM:  3,074.09 | |
| NORFOLK, VA  23541 | COMMENT:  DISPUTED/SCH*CITIBANK/BEST BUY | |

| | | |
|---|---|---|
| **CBNA** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 6497 | Court Claim Number: | ACCOUNT NO.:  7898 |
| | CLAIM:  0.00 | |
| SIOUX FALLS, SD  57117 | COMMENT:  DISPUTED~TRACTOR SUPPLY/SCH | |

| | | |
|---|---|---|
| **CBNA** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 6497 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| SIOUX FALLS, SD  57117 | COMMENT:  DISPUTED~SUNOCO/SCH | |

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:16 | ACCOUNT NO.:  2506 |
| | CLAIM:  4,864.50 | |
| NORFOLK, VA  23541 | COMMENT:  DISPUTED~CITIBANK~SEARS | |

| | | |
|---|---|---|
| **CAVALRY SPV I LLC - ASSIGNEE(*)** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O CAVALRY PORTFOLIO SERVICES LLC* | Court Claim Number:2 | ACCOUNT NO.:  9010 |
| PO BOX 27288 | | |
| | CLAIM:  7,167.94 | |
| TEMPE, AZ  85282 | COMMENT:  5491~DISPUTED~SEARS/CITIBANK | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **COMENITY BANK** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 182272 | Court Claim Number: | ACCOUNT NO.:  2930 |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43218 | COMMENT:  DISPUTED~VCTR SCRT~NT ADR/SCH | |

| | | |
|---|---|---|
| **MIDLAND FUNDING LLC** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O MIDLAND CREDIT MANAGEMENT INC - AGEN | Court Claim Number:14 | ACCOUNT NO.:  8090 |
| PO BOX 2011 | | |
| | CLAIM:  2,170.15 | |
| WARREN, MI  48090 | COMMENT:  CREDIT ONE BANK~DISPUTED/SCH | |

| | | |
|---|---|---|
| **US DEPARTMENT OF EDUCATION** | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O FEDLOAN SERVICING | Court Claim Number:6-2 | ACCOUNT NO.:  5645 |
| PO BOX 790234 | | |
| | CLAIM:  25,135.53 | |
| ST LOUIS, MO  63179 | COMMENT:  1054~FED LOAN SVCG~DISPUTED/SCH*AMD | |

| | | |
|---|---|---|
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA** | Trustee Claim Number:24  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O JEFFERSON CAPITAL SYSTEMS LLC* | Court Claim Number:19 | ACCOUNT NO.:  6642 |
| PO BOX 772813 | | |
| | CLAIM:  1,135.57 | |
| CHICAGO, IL  60677-2813 | COMMENT:  REF 3437770785*DSPTD/SCH | |

| | | |
|---|---|---|
| **HOLLY AUSTIN** | Trustee Claim Number:25  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 415 N 6TH ST | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| APOLLO, PA  15613 | COMMENT:  NO$~DISPUTED~DSO?/SCH | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC AGENT - VELOCITY INV** | Trustee Claim Number:26  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:22 | ACCOUNT NO.:  5126 |
| | CLAIM:  12,041.78 | |
| KIRKLAND, WA  98083-0788 | COMMENT:  LENDING CLUB~NO$~DISPUTED/SCH | |

| | | |
|---|---|---|
| **NATIONWIDE BANK** | Trustee Claim Number:27  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1 NATIONWIDE PLAZA | Court Claim Number: | ACCOUNT NO.:  1086 |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43215 | COMMENT:  DISPUTED/SCH | |

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:28  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O WEINSTEIN & RILEY PS | Court Claim Number:23 | ACCOUNT NO.:  8141 |
| PO BOX 3978 | | |
| | CLAIM:  710.99 | |
| SEATTLE, WA  98124-3978 | COMMENT:  PAYPAL CREDIT~DISPUTED/SCH | |

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:29  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O WEINSTEIN & RILEY PS | Court Claim Number:24 | ACCOUNT NO.:  4456 |
| PO BOX 3978 | | |
| | CLAIM:  2,717.80 | |
| SEATTLE, WA  98124-3978 | COMMENT:  PAYPAL CREDIT~DISPUTED/SCH | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT-CREDIT CORP S** | Trustee Claim Number:30  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:5 | ACCOUNT NO.:  4596 |
| | CLAIM:  1,289.94 | |
| KIRKLAND, WA  98083-0788 | COMMENT:  SYNCHRONY BANK~DISPUTED/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:20 | ACCOUNT NO.:  7827 |
| | CLAIM:  2,769.31 | |
| NORFOLK, VA  23541 | COMMENT:  SYNCHRONY BANK~WALMART/SCH*DSPTD/SCH | |

| | | |
|---|---|---|
| **MIDLAND FUNDING LLC** | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O MIDLAND CREDIT MANAGEMENT INC - AGE | Court Claim Number:15 | ACCOUNT NO.:  7103 |
| PO BOX 2011 | | |
| | CLAIM:  709.65 | |
| WARREN, MI  48090 | COMMENT:  SYNCHRONY BANK~DISPUTED~OLD NAVY | |

| | | |
|---|---|---|
| **WOODFOREST NATIONAL BANK** | Trustee Claim Number:33  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 7889 | Court Claim Number:25-2 | ACCOUNT NO.:  4091 |
| | CLAIM:  1,809.83 | |
| THE WOODLANDS, TX  77387-7889 | COMMENT:  DISPUTED/SCH*AMD*OVERDRAFT CHKNG | |

| | | |
|---|---|---|
| **WOODFOREST NATIONAL BANK** | Trustee Claim Number:34  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 7889 | Court Claim Number: | ACCOUNT NO.:  8264 |
| | CLAIM:  0.00 | |
| THE WOODLANDS, TX  77387-7889 | COMMENT:  DISPUTED~NT ADR/SCH | |

| | | |
|---|---|---|
| **NCB MANAGEMENT SERVICES INC*** | Trustee Claim Number:35  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| POB 1099* | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| LANGHORNE, PA  19047 | COMMENT: | |

| | | |
|---|---|---|
| **SHERMAN ORGINATOR III** | Trustee Claim Number:36  INT %:  0.00% | CRED DESC:  SPECIAL NOTICE ONLY |
| PO BOX 10497 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| GREENVILLE, SC  29603 | COMMENT: | |

| | | |
|---|---|---|
| **CAVALRY SPV I LLC - ASSIGNEE(*)** | Trustee Claim Number:37  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O CAVALRY PORTFOLIO SERVICES LLC* | Court Claim Number:1 | ACCOUNT NO.:  6508 |
| PO BOX 27288 | | |
| | CLAIM:  2,732.79 | |
| TEMPE, AZ  85282 | COMMENT:  ACCT NT/SCH*CAPITAL ONE/CABELA'S | |

| | | |
|---|---|---|
| **FREEDOM MORTGAGE CORPORATION** | Trustee Claim Number:38  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| ATTN PAYMENT PROCESSING | Court Claim Number:13 | ACCOUNT NO.:  1456 |
| 10500 KINCAID DR | | |
| | CLAIM:  134.85 | |
| FISHERS, IN  46037 | COMMENT:  $CL-PL*THRU 6/18*FR EMBRACE HM LNS-D 43*FR ROUNDPOINT-D73 | |

| | | |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC*** | Trustee Claim Number:39  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number:18 | ACCOUNT NO.:  3415 |
| 375 NORTH SHORE DR | | |
| | CLAIM:  504.49 | |
| PITTSBURGH, PA  15212 | COMMENT:  NT/SCH | |

| | | |
|---|---|---|
| **BRIAN C NICHOLAS ESQ** | Trustee Claim Number:40  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  TOYOTA MOTOR/PRAE | |

**CLAIM RECORDS**

| KML LAW GROUP PC* | Trustee Claim Number:41  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  ROUNDPOINT MORT/PRAE | |

| BROCK & SCOTT PLLC | Trustee Claim Number:42  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| 302 FELLOWSHIP RD STE 130 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| MT LAUREL, NJ  08054 | COMMENT:  FREEDOM MORT/PRAE | |