Certificate Number: 15317-PAW-DE-037331301

Bankruptcy Case Number: 18-22597



15317-PAW-DE-037331301

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 9, 2023</u>, at <u>2:56</u> o'clock <u>PM PDT</u>, <u>Mary Kay Austin</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>April 9, 2023</u>  By:  <u>/s/Faye Rivera</u>

Name:  <u>Faye Rivera</u>

Title:  <u>Counselor</u>