**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　JEREMIAH D. AUSTIN<br>MARY KAY AUSTIN<br>　　　　　Debtor(s)<br>　Ronda J. Winnecour, Trustee<br>　　Movant<br>　　　　vs.<br>　JEREMIAH D. AUSTIN<br>MARY KAY AUSTIN<br><br>　　　　Respondents | Case No. 18-22597JCM<br><br>Chapter 13<br><br>Document No. 113 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __19th__ day of __July__, 20__23__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Ati Flat Rolled Products Holdings Llc
Attn: Payroll Manager
100 River Rd
Brackenridge, PA 15014

is hereby ordered to immediately terminate the attachment of the wages of JEREMIAH D. AUSTIN, social security number XXX-XX-0051. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JEREMIAH D. AUSTIN.

BY THE COURT:

cc: Debtor(s)
　　Debtor(s) Attorney

_____
John C. Melaragno, Judge  glb
United States Bankruptcy Court

SIGNED
7/19/23 1:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22597-JCM |
| Jeremiah D. Austin | Chapter 13 |
| Mary Kay Austin | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 19, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jeremiah D. Austin, 418 1st Street, Apollo, PA 15613-1107 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2023         Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor RoundPoint Mortgage Servicing Corporation bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Christopher M. McMonagle | on behalf of Creditor Embrace Home Loans Inc. christopher.mcmonagle@bbs-law.com, bkecf@sterneisenberg.com |
| Christopher M. McMonagle | on behalf of Creditor RoundPoint Mortgage Servicing Corporation christopher.mcmonagle@bbs-law.com bkecf@sterneisenberg.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Matthew M. Herron | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jul 19, 2023 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Debtor Jeremiah D. Austin mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
on behalf of Joint Debtor Mary Kay Austin mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Steven P Kelly
on behalf of Creditor RoundPoint Mortgage Servicing Corporation skelly@sterneisenberg.com bkecf@sterneisenberg.com


TOTAL: 12