**Fill in this information to identify the case:**

Debtor 1   JEREMIAH D. AUSTIN

Debtor 2   MARY KAY AUSTIN fka Mary Kay Browning
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number 18-22597-JCM

---

Form 4100R

# Response to Notice of Final Cure Payment                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** Freedom Mortgage Corporation        **Court claim no. (if known):** 13

**Last 4 digits** of any number you use to identify the debtor's account: 1456

**Property address:**   418 1st Street
Number  Street
Apollo, PA 15613
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

   The next postpetition payment from the debtor(s) is due on:  09/01/2023
                                                                 MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

   Creditor asserts that the total amount remaining unpaid as of the date of this response is:

   a. Total postpetition ongoing payments due:                              (a) $ _____
   b. Total fees, charges, expenses, escrow, and costs outstanding:        +(b) $ _____
   c. **Total**. Add lines a and b.                                         (c) $ _____

   Creditor asserts that the debtor(s) are contractually
   obligated for the postpetition payment(s) that first became    _____
   due on:                                                         MM/DD/YYYY

Debtor1  JEREMIAH D. AUSTIN  
   First  Middle  Last         Case number *(if known)* 18-22597-JCM

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.  
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/Mario Hanyon          Date 08/22/2023  
 Signature

Print  Mario Hanyon          Title Attorney  
    First Name Middle Name Last Name

Company Brock & Scott, PLLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address 3825 Forrestgate Dr.  
    Number  Street

    Winston-Salem, NC 27103  
    City     State ZIP Code

Contact phone 844-856-6646 Email PABKR@brockandscott.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
*Pittsburgh Division*

| | |
|---|---|
| IN RE:<br>JEREMIAH D. AUSTIN AND MARY KAY AUSTIN fka Mary Kay Browning<br><br>Freedom Mortgage Corporation,<br>    Movant<br><br><br>vs.<br><br>JEREMIAH D. AUSTIN AND MARY KAY AUSTIN fka Mary Kay Browning,<br>    Debtors<br>and<br><br>Ronda J Winnecour<br>    Respondent | Case No. 18-22597-JCM<br><br>Chapter 13<br><br><br>  Hearing Date: TBD<br><br>  Hearing Time: TBD<br><br>  Objection Date: TBD |

**CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

    I certify under penalty of perjury that on this day, I served or caused to be served the Response to Notice of Final Cure Payment on the parties at the addresses shown below or on the attached list.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:

<u>Via CM/ECF electronic notice:</u>

Matthew M. Herron, Esq.
607 College Street, Suite 101
Pittsburgh, PA 15232
*Counsel for Debtor*

Ronda J Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
*Chapter 13 Trustee*

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970

Pittsburgh, PA 15222
*US Trustee*

<u>Via First Class Mail</u>:

JEREMIAH D. AUSTIN
418 1ST STREET
APOLLO, PA 15613

MARY KAY AUSTIN
418 1ST STREET
APOLLO, PA 15613
*Debtor*

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, names and addresses of parties served by electronic notice will be listed under the heading "Via CM/ECF electronic notice" and those served by mail will be listed under the heading "Via First Class Mail".

EXECUTED ON: <u>August 22, 2023</u>

                                                                                  <u>*/s/Mario Hanyon*</u>
                                                                                  Andrew Spivack, PA Bar No. 84439
                                                                                   Matthew Fissel, PA Bar No. 314567
                                                                                   Mario Hanyon, PA Bar No. 203993
                                                                                   Ryan Starks, PA Bar No. 330002
                                                                                   Jay Jones, PA Bar No. 86657
                                                                                  Attorney for Creditor
                                                                                  BROCK & SCOTT, PLLC
                                                                                  3825 Forrestgate Drive
                                                                                   Winston Salem, NC 27103
                                                                                   Telephone: (844) 856-6646
                                                                                   Facsimile: (704) 369-0760
                                                                                   E-Mail: PABKR@brockandscott.com

**PAWB Local Form 7 (07/13)**