IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

Jeremiah D. Austin and
Mary Kay Austin,
    Debtors.

Bankruptcy No.: 18-22597-JAD

Chapter 13

Jeremiah D. Austin and
Mary Kay Austin,
    Movants,

v.

No Respondents.

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay a Domestic Support Obligation.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On April 9, 2023, at docket numbers 110 and 111, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

_____
Jeremiah D. Austin, Debtor

_____
Mary Kay Austin, Joint-Debtor

RESPECTFULLY SUBMITTED,
THE DEBT DOCTORS, LLC

By:   /s/*Matthew M. Herron*
Matthew M. Herron
607 College Avenue, Suite 101
Pittsburgh, PA 15232
mmh@thedebtdoctors.com
412-395-6001
PA I.D. No. 88927

PAWB Local Form 24 (07/13)