**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    JEREMIAH D. AUSTIN
    MARY KAY AUSTIN
          Debtor(s)

    Ronda J. Winnecour
    Chapter 13 Trustee,
          Movant
          vs.
    No Respondents.

Case No.:18-22597

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

August 25, 2023

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 06/28/2018  and confirmed on 9/18/18 .  The case was subsequently
Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 147,828.90 |
| Less Refunds to Debtor | 2,702.98 | |
| TOTAL AMOUNT OF PLAN FUND | | 145,125.92 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 6,735.84 | |
| Trustee Fee | 6,536.92 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 13,272.76 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| FREEDOM MORTGAGE CORPORATION | 0.00 | 39,036.15 | 0.00 | 39,036.15 |
| Acct: 1456 | | | | |
| FREEDOM MORTGAGE CORPORATION | 134.85 | 134.85 | 0.00 | 134.85 |
| Acct: 1456 | | | | |
| SHEFFIELD FINANCIAL | 12,273.09 | 12,273.09 | 1,714.44 | 13,987.53 |
| Acct: 3489 | | | | |
| SHEFFIELD FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4333 | | | | |
| SANTANDER CONSUMER USA D/B/A CHR' | 38,736.02 | 38,736.02 | 3,082.21 | 41,818.23 |
| Acct: 4001 | | | | |
| TOYOTA MOTOR CREDIT CORP (TMCC) | 26,315.64 | 26,315.64 | 1,279.71 | 27,595.35 |
| Acct: 0377 | | | | |
| | | | | 122,572.11 |
| **Priority** | | | | |
| MATTHEW M HERRON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEREMIAH D. AUSTIN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEREMIAH D. AUSTIN | 2,702.98 | 2,702.98 | 0.00 | 0.00 |
| Acct: | | | | |
| THE DEBT DOCTORS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MATTHEW M HERRON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THE DEBT DOCTORS LLC | 1,475.00 | 1,475.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THE DEBT DOCTORS LLC | 1,404.54 | 1,404.54 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXX6-19 | | | | |
| THE DEBT DOCTORS LLC | 2,453.30 | 2,453.30 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXX1-21 | | | | |
| THE DEBT DOCTORS LLC | 1,403.00 | 1,403.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX4-22 | | | | |
| PA SCDU* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0051 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| ALLEGHENY METAL FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| QUANTUM3 GROUP LLC AGENT - VELOCI | 4,588.13 | 529.97 | 0.00 | 529.97 |
| Acct: 3016 | | | | |
| BUREAUS INVESTMENT GROUP PORTFO | 453.08 | 52.34 | 0.00 | 52.34 |
| Acct: 8422 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 1,146.18 | 132.40 | 0.00 | 132.40 |
| Acct: 4888 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 1,062.81 | 122.77 | 0.00 | 122.77 |
| Acct: 9721 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 4,263.85 | 492.52 | 0.00 | 492.52 |
| Acct: 8089 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 3,074.09 | 355.09 | 0.00 | 355.09 |
| Acct: 5489 | | | | |
| CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7898 | | | | |
| CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 4,864.50 | 561.90 | 0.00 | 561.90 |
| Acct: 2506 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 7,167.94 | 827.97 | 0.00 | 827.97 |
| Acct: 9010 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2930 | | | | |
| MIDLAND FUNDING LLC | 2,170.15 | 250.67 | 0.00 | 250.67 |
| Acct: 8090 | | | | |
| US DEPARTMENT OF EDUCATION | 25,135.53 | 2,903.41 | 0.00 | 2,903.41 |
| Acct: 5645 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 1,135.57 | 131.17 | 0.00 | 131.17 |
| Acct: 6642 | | | | |
| HOLLY AUSTIN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| QUANTUM3 GROUP LLC AGENT - VELOCI | 12,041.78 | 1,390.95 | 0.00 | 1,390.95 |
| Acct: 5126 | | | | |
| NATIONWIDE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1086 | | | | |
| SYNCHRONY BANK | 710.99 | 82.13 | 0.00 | 82.13 |
| Acct: 8141 | | | | |
| SYNCHRONY BANK | 2,717.80 | 313.93 | 0.00 | 313.93 |
| Acct: 4456 | | | | |
| QUANTUM3 GROUP LLC AGNT-CREDIT C | 1,289.94 | 149.00 | 0.00 | 149.00 |
| Acct: 4596 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 2,769.31 | 319.88 | 0.00 | 319.88 |
| Acct: 7827 | | | | |
| MIDLAND FUNDING LLC | 709.65 | 81.97 | 0.00 | 81.97 |
| Acct: 7103 | | | | |
| WOODFOREST NATIONAL BANK | 1,809.83 | 209.05 | 0.00 | 209.05 |
| Acct: 4091 | | | | |
| WOODFOREST NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8264 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 2,732.79 | 315.66 | 0.00 | 315.66 |
| Acct: 6508 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 504.49 | 58.27 | 0.00 | 58.27 |
| Acct: 3415 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7827 | | | | |
| STERN & EISENBERG LP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

18-22597
Page 3 of 3

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| SANTANDER CONSUMER USA D/B/A CHRY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BROCK & SCOTT PLLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NCB MANAGEMENT SERVICES INC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SHERMAN ORGINATOR III | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 9,281.05 |

TOTAL PAID TO CREDITORS                                                      131,853.16

TOTAL CLAIMED
PRIORITY                 0.00
SECURED            77,459.60
UNSECURED          80,348.41

Date: 08/25/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JEREMIAH D. AUSTIN
    MARY KAY AUSTIN
         Debtor(s)

    Ronda J. Winnecour
         Movant
         vs.
    No Repondents.

Case No.:18-22597

Chapter 13

Document No.:

**ORDER OF COURT**

 AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

 (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

 (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

 (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

 (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

 (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

 (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22597-JCM |
| Jeremiah D. Austin | Chapter 13 |
| Mary Kay Austin | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Aug 28, 2023 | Form ID: pdf900 | Total Noticed: 53 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeremiah D. Austin, Mary Kay Austin, 418 1st Street, Apollo, PA 15613-1107 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| cr | + | Embrace Home Loans, Inc., 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | RoundPoint Mortgage Servicing Corporation, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, 1581 Main Street, Suite 200 Warrington, PA 18976-3403 |
| 14872001 | + | Fed Loan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14872003 | + | Holly Austin, 415 N. 6th Street, Apollo, PA 15613-1217 |
| 15419177 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 14872007 | | PA SCDU, PO Box 69111, Harrisburg, PA 17106-9111 |
| 14883071 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14871990 | + | Email/Text: rmelani@chfcu.org | Aug 28 2023 23:39:00 | Allegheny Metal FCU, 260 Pershing Ave., Leechburg, PA 15656-1241 |
| 14871991 | + | Email/Text: bk@avant.com | Aug 28 2023 23:39:00 | Avant, 640 N. LaSalle, Chicago, IL 60654-3781 |
| 14894762 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 29 2023 00:02:29 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14871995 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2023 23:40:43 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14871992 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2023 23:40:55 | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14871993 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2023 23:41:35 | Capital One Services, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14871994 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2023 23:40:34 | Capital One Services, POB 30285, Salt Lake City, UT 84130-0285 |
| 14874695 | + | Email/Text: bankruptcy@cavps.com | Aug 28 2023 23:38:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14871996 | | Email/Text: enotifications@santanderconsumerusa.com | Aug 28 2023 23:39:00 | Chrysler Capital, PO Box 660335, Dallas, TX 75266-0335 |
| 14886230 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 28 2023 23:39:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |

District/off: 0315-2 | User: auto | Page 2 of 5
Date Rcvd: Aug 28, 2023 | Form ID: pdf900 | Total Noticed: 53

| | | | | |
|---|---|---|---|---|
| 14871997 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Aug 28 2023 23:40:38 | Citi, PO Box 9001055, Louisville, KY 40290-1055 |
| 14871998 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Aug 29 2023 00:31:32 | Citi Cards, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 14871999 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Aug 28 2023 23:37:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 14872000 | | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Aug 28 2023 23:40:55 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14895055 | ^ | MEBN | | |
| | | | Aug 28 2023 23:30:06 | Embrace Home Loans, Inc., c/o RoundPoint Mortgage Servicing Corp., 5016 Parkway Plaza Blvd., Buildings 6 and 8, Charlotte, NC 28217-1932 |
| 14872002 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | | Aug 28 2023 23:41:36 | First Premier Bank, 601 S. Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 15419178 | + | Email/Text: Bankruptcy@Freedommortgage.com | | |
| | | | Aug 28 2023 23:37:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 15323558 | | Email/Text: Bankruptcy@Freedommortgage.com | | |
| | | | Aug 28 2023 23:37:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14894818 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Aug 28 2023 23:40:42 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14894759 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Aug 28 2023 23:40:43 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14872004 | + | Email/Text: Documentfiling@lciinc.com | | |
| | | | Aug 28 2023 23:36:00 | Lending Club, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 14897310 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Aug 28 2023 23:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14872006 | ^ | MEBN | | |
| | | | Aug 28 2023 23:28:11 | NCB Management Services, Inc., PO Box 1099, Langhorne, PA 19047-6099 |
| 14872005 | ^ | MEBN | | |
| | | | Aug 28 2023 23:30:03 | Nationwide Bank, 1 Nationwide Plaza, Columbus, OH 43215-2220 |
| 14899195 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Aug 29 2023 00:20:43 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14873365 | + | Email/PDF: rmscedi@recoverycorp.com | | |
| | | | Aug 28 2023 23:40:58 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14872008 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Aug 29 2023 00:02:44 | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14901040 | + | Email/Text: ebnpeoples@grblaw.com | | |
| | | | Aug 28 2023 23:36:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14901326 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Aug 28 2023 23:38:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14878849 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Aug 28 2023 23:38:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14904523 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Aug 28 2023 23:38:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14872013 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Aug 29 2023 00:02:44 | SYNCB, PO Box 965024, Orlando, FL 32896-5024 |
| 14872014 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |

| | | Aug 29 2023 00:03:07 | SYNCB, PO Box 965005, Orlando, FL 32896-5005 |
| 14872012 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2023 23:40:38 | SYNCB, PO Box 965036, Orlando, FL 32896-5036 |
| 14911128 | + Email/Text: bncmail@w-legal.com | Aug 28 2023 23:38:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14887052 | + Email/Text: enotifications@santanderconsumerusa.com | Aug 28 2023 23:39:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14872010 | + Email/Text: bankruptcy@bbandt.com | Aug 28 2023 23:38:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 14872011 | + Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2023 23:41:39 | Sherman Originator III, LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 14872015 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 28 2023 23:37:00 | Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 14893160 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Aug 28 2023 23:37:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15574722 | + Email/Text: EBN@edfinancial.com | Aug 28 2023 23:36:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14872016 | + Email/Text: ebankruptcy@woodforest.com | Aug 28 2023 23:39:00 | Woodforest National Bank, PO Box 7889, The Woodlands, TX 77387-7889 |
| 14887059 | + Email/Text: ebankruptcy@woodforest.com | Aug 28 2023 23:39:00 | Woodforest National Bank, 1330 Lake Robbins Dr., Spring, TX 77380-3267 |
| 14872017 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2023 23:41:37 | Worlds Foremost Bank, 4800 NW 1st Street, Ste 300, Lincoln, NE 68521-4463 |

TOTAL: 44

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Motor Credit Corporation |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14887032 | *+ | Allegheny Metal FCU, 260 Pershing Ave., Leechburg, PA 15656-1241 |
| 14887033 | *+ | Avant, 640 N. LaSalle, Chicago, IL 60654-3781 |
| 14887037 | * | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14887034 | * | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14887035 | * | Capital One Services, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14887036 | * | Capital One Services, POB 30285, Salt Lake City, UT 84130-0285 |
| 14887038 | * | Chrysler Capital, PO Box 660335, Dallas, TX 75266-0335 |
| 14887039 | * | Citi, PO Box 9001055, Louisville, KY 40290-1055 |
| 14887040 | *+ | Citi Cards, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 14887041 | * | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 14887042 | * | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14887043 | *+ | Fed Loan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14887044 | *+ | First Premier Bank, 601 S. Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 14887045 | *+ | Holly Austin, 415 N. 6th Street, Apollo, PA 15613-1217 |
| 14887046 | *+ | Lending Club, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 14887048 | *+ | NCB Management Services, Inc., PO Box 1099, Langhorne, PA 19047-6099 |
| 14887047 | * | Nationwide Bank, 1 Nationwide Plaza, Columbus, OH 43215-2220 |
| 14887049 | * | PA SCDU, PO Box 69111, Harrisburg, PA 17106-9111 |
| 14887050 | * | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14887051 | *+ | Roundpoint Mortgage, 5032 Parkway Plaza Blvd., Charlotte, NC 28217-1918 |

| 14887056 | *+ | SYNCB, PO Box 965024, Orlando, FL 32896-5024 |
| 14887057 | *+ | SYNCB, PO Box 965005, Orlando, FL 32896-5005 |
| 14887055 | * | SYNCB, PO Box 965036, Orlando, FL 32896-5036 |
| 14887053 | *+ | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 14876189 | * | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 14887054 | *+ | Sherman Originator III, LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 14887058 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 14887060 | *+ | Worlds Foremost Bank, 4800 NW 1st Street, Ste 300, Lincoln, NE 68521-4463 |
| 14872009 | ##+ | Roundpoint Mortgage, 5032 Parkway Plaza Blvd., Charlotte, NC 28217-1918 |

TOTAL: 1 Undeliverable, 31 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor RoundPoint Mortgage Servicing Corporation bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Christopher M. McMonagle | on behalf of Creditor RoundPoint Mortgage Servicing Corporation christopher.mcmonagle@bbs-law.com bkecf@sterneisenberg.com |
| Christopher M. McMonagle | on behalf of Creditor Embrace Home Loans  Inc. christopher.mcmonagle@bbs-law.com, bkecf@sterneisenberg.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Matthew M. Herron | on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Debtor Jeremiah D. Austin mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Joint Debtor Mary Kay Austin mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Steven P Kelly | on behalf of Creditor RoundPoint Mortgage Servicing Corporation skelly@sterneisenberg.com  bkecf@sterneisenberg.com |

District/off: 0315-2                                    User: auto                                    Page 5 of 5
Date Rcvd: Aug 28, 2023                                 Form ID: pdf900                               Total Noticed: 53

TOTAL: 12