**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jeremiah D. Austin | Social Security number or ITIN  xxx–xx–0051 |
| | First Name  Middle Name  Last Name | EIN  __–_____ |
| Debtor 2 (Spouse, if filing) | Mary Kay Austin | Social Security number or ITIN  xxx–xx–5645 |
| | First Name  Middle Name  Last Name | EIN  __–_____ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   18–22597–JCM

# Order of Discharge                                                                                             12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jeremiah D. Austin                             Mary Kay Austin
                                               fka Mary Kay Browning

10/13/23                                       **By the court:** John C Melaragno
                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22597-JCM |
| Jeremiah D. Austin | Chapter 13 |
| Mary Kay Austin | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Oct 13, 2023 | Form ID: 3180W | Total Noticed: 56 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeremiah D. Austin, Mary Kay Austin, 418 1st Street, Apollo, PA 15613-1107 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| cr | + | Embrace Home Loans, Inc., 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | RoundPoint Mortgage Servicing Corporation, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, 1581 Main Street, Suite 200 Warrington, PA 18976-3403 |
| 14872001 | + | Fed Loan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14872003 | + | Holly Austin, 415 N. 6th Street, Apollo, PA 15613-1217 |
| 15419177 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 14872007 | | PA SCDU, PO Box 69111, Harrisburg, PA 17106-9111 |
| 14872009 | + | Roundpoint Mortgage, 5032 Parkway Plaza Blvd., Charlotte, NC 28217-1918 |
| 14883071 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Oct 14 2023 03:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 14 2023 00:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Oct 14 2023 03:53:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 14 2023 00:07:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14871990 | + | Email/Text: rmelani@chfcu.org | Oct 14 2023 00:08:00 | Allegheny Metal FCU, 260 Pershing Ave., Leechburg, PA 15656-1241 |
| 14871991 | + | Email/Text: bk@avant.com | Oct 14 2023 00:08:00 | Avant, 640 N. LaSalle, Chicago, IL 60654-3781 |
| 14894762 | + | EDI: RECOVERYCORP.COM | Oct 14 2023 03:53:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14871995 | | EDI: CITICORP.COM | Oct 14 2023 03:53:00 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14871992 | | EDI: CAPITALONE.COM | Oct 14 2023 03:53:00 | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |

| Recipient ID | Flag | Method | Date/Time | Address |
|---|---|---|---|---|
| 14871993 | | EDI: CAPITALONE.COM | Oct 14 2023 03:53:00 | Capital One Services, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14871994 | | EDI: CAPITALONE.COM | Oct 14 2023 03:53:00 | Capital One Services, POB 30285, Salt Lake City, UT 84130-0285 |
| 14874695 | + | Email/Text: bankruptcy@cavps.com | Oct 14 2023 00:08:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14871996 | | Email/Text: enotifications@santanderconsumerusa.com | Oct 14 2023 00:08:00 | Chrysler Capital, PO Box 660335, Dallas, TX 75266-0335 |
| 14886230 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 14 2023 00:08:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14871997 | | EDI: CITICORP.COM | Oct 14 2023 03:53:00 | Citi, PO Box 9001055, Louisville, KY 40290-1055 |
| 14871998 | + | EDI: CITICORP.COM | Oct 14 2023 03:53:00 | Citi Cards, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 14871999 | | EDI: WFNNB.COM | Oct 14 2023 03:53:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 14872000 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 14 2023 00:09:50 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14895055 | ^ | MEBN | Oct 13 2023 23:56:54 | Embrace Home Loans, Inc., c/o RoundPoint Mortgage Servicing Corp., 5016 Parkway Plaza Blvd., Buildings 6 and 8, Charlotte, NC 28217-1932 |
| 14872002 | + | EDI: AMINFOFP.COM | Oct 14 2023 03:53:00 | First Premier Bank, 601 S. Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 15419178 | + | Email/Text: Bankruptcy@Freedommortgage.com | Oct 14 2023 00:06:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 15323558 | | Email/Text: Bankruptcy@Freedommortgage.com | Oct 14 2023 00:06:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14894818 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2023 00:09:52 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14894759 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2023 00:10:21 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14872004 | + | EDI: LENDNGCLUB | Oct 14 2023 03:53:00 | Lending Club, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 14897310 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 14 2023 00:07:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14872006 | ^ | MEBN | Oct 13 2023 23:55:34 | NCB Management Services, Inc., PO Box 1099, Langhorne, PA 19047-6099 |
| 14872005 | ^ | MEBN | Oct 13 2023 23:55:13 | Nationwide Bank, 1 Nationwide Plaza, Columbus, OH 43215-2220 |
| 14899195 | | EDI: PRA.COM | Oct 14 2023 03:53:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14873365 | + | EDI: RECOVERYCORP.COM | Oct 14 2023 03:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14872008 | | EDI: RMSC.COM | Oct 14 2023 03:53:00 | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14901040 | + | Email/Text: ebnpeoples@grblaw.com | Oct 14 2023 00:06:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14901326 | + | EDI: JEFFERSONCAP.COM | | |

Case 18-22597-JCM    Doc 126    Filed 10/15/23    Entered 10/16/23 00:24:22    Desc
Imaged Certificate of Notice    Page 5 of 7

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Oct 13, 2023 | Form ID: 3180W | Total Noticed: 56 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 14 2023 03:53:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14878849 | | EDI: Q3G.COM | Oct 14 2023 03:53:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14904523 | | EDI: Q3G.COM | Oct 14 2023 03:53:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14872013 | + | EDI: RMSC.COM | Oct 14 2023 03:53:00 | SYNCB, PO Box 965024, Orlando, FL 32896-5024 |
| 14872014 | + | EDI: RMSC.COM | Oct 14 2023 03:53:00 | SYNCB, PO Box 965005, Orlando, FL 32896-5005 |
| 14872012 | | EDI: RMSC.COM | Oct 14 2023 03:53:00 | SYNCB, PO Box 965036, Orlando, FL 32896-5036 |
| 14911128 | + | Email/Text: bncmail@w-legal.com | Oct 14 2023 00:07:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14887052 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 14 2023 00:08:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14872010 | + | Email/Text: bankruptcy@bbandt.com | Oct 14 2023 00:07:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 14872011 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2023 00:09:36 | Sherman Originator III, LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 14872015 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 14 2023 00:06:00 | Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 14893160 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Oct 14 2023 00:06:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15574722 | + | Email/Text: EBN@edfinancial.com | Oct 14 2023 00:06:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14872016 | + | Email/Text: ebankruptcy@woodforest.com | Oct 14 2023 00:08:00 | Woodforest National Bank, PO Box 7889, The Woodlands, TX 77387-7889 |
| 14887059 | + | Email/Text: ebankruptcy@woodforest.com | Oct 14 2023 00:08:00 | Woodforest National Bank, 1330 Lake Robbins Dr., Spring, TX 77380-3267 |
| 14872017 | + | EDI: CAPITALONE.COM | Oct 14 2023 03:53:00 | Worlds Foremost Bank, 4800 NW 1st Street, Ste 300, Lincoln, NE 68521-4463 |

TOTAL: 48

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Motor Credit Corporation |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14887032 | *+ | Allegheny Metal FCU, 260 Pershing Ave., Leechburg, PA 15656-1241 |
| 14887033 | *+ | Avant, 640 N. LaSalle, Chicago, IL 60654-3781 |
| 14887037 | * | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14887034 | * | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14887035 | * | Capital One Services, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14887036 | * | Capital One Services, POB 30285, Salt Lake City, UT 84130-0285 |
| 14887038 | * | Chrysler Capital, PO Box 660335, Dallas, TX 75266-0335 |
| 14887039 | * | Citi, PO Box 9001055, Louisville, KY 40290-1055 |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Oct 13, 2023 | Form ID: 3180W | Total Noticed: 56 |

| | | |
|---|---|---|
| 14887040 | *+ | Citi Cards, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 14887041 | * | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 14887042 | * | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14887043 | *+ | Fed Loan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14887044 | *+ | First Premier Bank, 601 S. Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 14887045 | *+ | Holly Austin, 415 N. 6th Street, Apollo, PA 15613-1217 |
| 14887046 | *+ | Lending Club, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 14887048 | *+ | NCB Management Services, Inc., PO Box 1099, Langhorne, PA 19047-6099 |
| 14887047 | * | Nationwide Bank, 1 Nationwide Plaza, Columbus, OH 43215-2220 |
| 14887049 | * | PA SCDU, PO Box 69111, Harrisburg, PA 17106-9111 |
| 14887050 | * | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14887051 | *+ | Roundpoint Mortgage, 5032 Parkway Plaza Blvd., Charlotte, NC 28217-1918 |
| 14887056 | *+ | SYNCB, PO Box 965024, Orlando, FL 32896-5024 |
| 14887057 | *+ | SYNCB, PO Box 965005, Orlando, FL 32896-5005 |
| 14887055 | * | SYNCB, PO Box 965036, Orlando, FL 32896-5036 |
| 14887053 | *+ | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 14876189 | * | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 14887054 | *+ | Sherman Originator III, LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 14887058 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 14887060 | *+ | Worlds Foremost Bank, 4800 NW 1st Street, Ste 300, Lincoln, NE 68521-4463 |

TOTAL: 1 Undeliverable, 31 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2023         Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Brian Nicholas | on behalf of Creditor RoundPoint Mortgage Servicing Corporation bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Christopher M. McMonagle | on behalf of Creditor RoundPoint Mortgage Servicing Corporation christopher.mcmonagle@bbs-law.com bkecf@sterneisenberg.com |
| Christopher M. McMonagle | on behalf of Creditor Embrace Home Loans Inc. christopher.mcmonagle@bbs-law.com, bkecf@sterneisenberg.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Matthew M. Herron | on behalf of Debtor Jeremiah D. Austin mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Joint Debtor Mary Kay Austin mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 5 |
| Date Rcvd: Oct 13, 2023 | Form ID: 3180W | Total Noticed: 56 |

on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Steven P Kelly
on behalf of Creditor RoundPoint Mortgage Servicing Corporation skelly@sterneisenberg.com  bkecf@sterneisenberg.com

TOTAL: 12