IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JEREMIAH D. AUSTIN
MARY KAY AUSTIN
    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:18-22597

Chapter 13

Related to: Document No. 119

ORDER OF COURT

AND NOW, this __13th__ day of __October__, 20_23_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

SIGNED
10/13/23 12:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____
John C. Melaragno, Judge   glb
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22597-JCM |
| Jeremiah D. Austin | Chapter 13 |
| Mary Kay Austin | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Oct 13, 2023 | Form ID: pdf900 | Total Noticed: 54 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeremiah D. Austin, Mary Kay Austin, 418 1st Street, Apollo, PA 15613-1107 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| cr | + | Embrace Home Loans, Inc., 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| cr | + | RoundPoint Mortgage Servicing Corporation, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, 1581 Main Street, Suite 200 Warrington, PA 18976-3403 |
| 14872001 | + | Fed Loan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14872003 | + | Holly Austin, 415 N. 6th Street, Apollo, PA 15613-1217 |
| 15419177 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 14872007 | | PA SCDU, PO Box 69111, Harrisburg, PA 17106-9111 |
| 14872009 | + | Roundpoint Mortgage, 5032 Parkway Plaza Blvd., Charlotte, NC 28217-1918 |
| 14883071 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg PA 17106-9184 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14871990 | + | Email/Text: rmelani@chfcu.org | Oct 14 2023 00:08:00 | Allegheny Metal FCU, 260 Pershing Ave., Leechburg, PA 15656-1241 |
| 14871991 | + | Email/Text: bk@avant.com | Oct 14 2023 00:08:00 | Avant, 640 N. LaSalle, Chicago, IL 60654-3781 |
| 14894762 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 14 2023 00:21:21 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14871995 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 14 2023 00:31:54 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14871992 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 14 2023 00:09:35 | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14871993 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 14 2023 00:21:26 | Capital One Services, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14871994 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 14 2023 00:09:49 | Capital One Services, POB 30285, Salt Lake City, UT 84130-0285 |
| 14874695 | + | Email/Text: bankruptcy@cavps.com | Oct 14 2023 00:08:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14871996 | | Email/Text: enotifications@santanderconsumerusa.com | Oct 14 2023 00:08:00 | Chrysler Capital, PO Box 660335, Dallas, TX 75266-0335 |
| 14886230 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 14 2023 00:08:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14871997 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 14 2023 00:21:23 | Citi, PO Box 9001055, Louisville, KY 40290-1055 |

Case 18-22597-JCM    Doc 127    Filed 10/15/23    Entered 10/16/23 00:24:22    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 13, 2023 | Form ID: pdf900 | Total Noticed: 54 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14871998 | + | Email/PDF: Citi.BNC.Correspondence@citi.com<br>Oct 14 2023 00:21:05 | | Citi Cards, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 14871999 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM<br>Oct 14 2023 00:06:00 | | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 14872000 | | Email/PDF: creditonebknotifications@resurgent.com<br>Oct 14 2023 00:20:43 | | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14895055 | ^ | MEBN | Oct 13 2023 23:56:56 | Embrace Home Loans, Inc., c/o RoundPoint Mortgage Servicing Corp., 5016 Parkway Plaza Blvd., Buildings 6 and 8, Charlotte, NC 28217-1932 |
| 14872002 | + | Email/PDF: ais.fpc.ebn@aisinfo.com<br>Oct 14 2023 00:09:36 | | First Premier Bank, 601 S. Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 15419178 | + | Email/Text: Bankruptcy@Freedommortgage.com<br>Oct 14 2023 00:06:00 | | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 15323558 | | Email/Text: Bankruptcy@Freedommortgage.com<br>Oct 14 2023 00:06:00 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14894818 | | Email/PDF: resurgentbknotifications@resurgent.com<br>Oct 14 2023 00:10:27 | | LVNV Funding, LLC its successors and assigns as, assignee of Capital One, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14894759 | | Email/PDF: resurgentbknotifications@resurgent.com<br>Oct 14 2023 00:21:03 | | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14872004 | + | Email/Text: Documentfiling@lciinc.com<br>Oct 14 2023 06:41:39 | | Lending Club, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 14897310 | + | Email/Text: bankruptcydpt@mcmcg.com<br>Oct 14 2023 00:07:00 | | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14872006 | ^ | MEBN | Oct 13 2023 23:55:36 | NCB Management Services, Inc., PO Box 1099, Langhorne, PA 19047-6099 |
| 14872005 | ^ | MEBN | Oct 13 2023 23:55:13 | Nationwide Bank, 1 Nationwide Plaza, Columbus, OH 43215-2220 |
| 14899195 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com<br>Oct 14 2023 00:21:27 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14873365 | + | Email/PDF: rmscedi@recoverycorp.com<br>Oct 14 2023 00:31:46 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14872008 | | Email/PDF: ais.sync.ebn@aisinfo.com<br>Oct 14 2023 00:09:48 | | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14901040 | + | Email/Text: ebnpeoples@grblaw.com<br>Oct 14 2023 00:06:00 | | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14901326 | + | Email/Text: JCAP_BNC_Notices@jcap.com<br>Oct 14 2023 00:07:00 | | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14878849 | | Email/Text: bnc-quantum@quantum3group.com<br>Oct 14 2023 00:07:00 | | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14904523 | | Email/Text: bnc-quantum@quantum3group.com<br>Oct 14 2023 00:07:00 | | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14872013 | + | Email/PDF: ais.sync.ebn@aisinfo.com<br>Oct 14 2023 00:21:04 | | SYNCB, PO Box 965024, Orlando, FL 32896-5024 |
| 14872014 | + | Email/PDF: ais.sync.ebn@aisinfo.com<br>Oct 14 2023 00:09:48 | | SYNCB, PO Box 965005, Orlando, FL 32896-5005 |

Case 18-22597-JCM    Doc 127    Filed 10/15/23    Entered 10/16/23 00:24:22    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 13, 2023 | Form ID: pdf900 | Total Noticed: 54 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14872012 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 14 2023 00:10:16 | SYNCB, PO Box 965036, Orlando, FL 32896-5036 |
| 14911128 | + | Email/Text: bncmail@w-legal.com | Oct 14 2023 00:07:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14887052 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 14 2023 00:08:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14872010 | + | Email/Text: bankruptcy@bbandt.com | Oct 14 2023 00:07:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 14872011 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 14 2023 00:09:36 | Sherman Originator III, LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 14872015 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 14 2023 00:06:00 | Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 14893160 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Oct 14 2023 00:06:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15574722 | + | Email/Text: EBN@edfinancial.com | Oct 14 2023 00:06:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14872016 | + | Email/Text: ebankruptcy@woodforest.com | Oct 14 2023 00:08:00 | Woodforest National Bank, PO Box 7889, The Woodlands, TX 77387-7889 |
| 14887059 | + | Email/Text: ebankruptcy@woodforest.com | Oct 14 2023 00:08:00 | Woodforest National Bank, 1330 Lake Robbins Dr., Spring, TX 77380-3267 |
| 14872017 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 14 2023 00:10:16 | Worlds Foremost Bank, 4800 NW 1st Street, Ste 300, Lincoln, NE 68521-4463 |

TOTAL: 44

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Motor Credit Corporation |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14887032 | *+ | Allegheny Metal FCU, 260 Pershing Ave., Leechburg, PA 15656-1241 |
| 14887033 | *+ | Avant, 640 N. LaSalle, Chicago, IL 60654-3781 |
| 14887037 | * | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14887034 | * | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 14887035 | * | Capital One Services, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14887036 | * | Capital One Services, POB 30285, Salt Lake City, UT 84130-0285 |
| 14887038 | * | Chrysler Capital, PO Box 660335, Dallas, TX 75266-0335 |
| 14887039 | * | Citi, PO Box 9001055, Louisville, KY 40290-1055 |
| 14887040 | *+ | Citi Cards, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 14887041 | * | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 14887042 | * | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14887043 | *+ | Fed Loan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14887044 | *+ | First Premier Bank, 601 S. Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 14887045 | *+ | Holly Austin, 415 N. 6th Street, Apollo, PA 15613-1217 |
| 14887046 | *+ | Lending Club, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 14887048 | *+ | NCB Management Services, Inc., PO Box 1099, Langhorne, PA 19047-6099 |
| 14887047 | * | Nationwide Bank, 1 Nationwide Plaza, Columbus, OH 43215-2220 |
| 14887049 | * | PA SCDU, PO Box 69111, Harrisburg, PA 17106-9111 |
| 14887050 | * | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14887051 | *+ | Roundpoint Mortgage, 5032 Parkway Plaza Blvd., Charlotte, NC 28217-1918 |
| 14887056 | *+ | SYNCB, PO Box 965024, Orlando, FL 32896-5024 |
| 14887057 | *+ | SYNCB, PO Box 965005, Orlando, FL 32896-5005 |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Oct 13, 2023 | Form ID: pdf900 | Total Noticed: 54

| | | |
|---|---|---|
| 14887055 | * | SYNCB, PO Box 965036, Orlando, FL 32896-5036 |
| 14887053 | *+ | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 14876189 | * | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 14887054 | *+ | Sherman Originator III, LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 14887058 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, PO Box 5855, Carol Stream, IL 60197-5855 |
| 14887060 | *+ | Worlds Foremost Bank, 4800 NW 1st Street, Ste 300, Lincoln, NE 68521-4463 |

TOTAL: 1 Undeliverable, 31 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2023            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2023 at the address(es) listed below:**

**Name**            **Email Address**

Brian Nicholas
  on behalf of Creditor RoundPoint Mortgage Servicing Corporation bnicholas@kmllawgroup.com

Brian Nicholas
  on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com

Christopher M. McMonagle
  on behalf of Creditor RoundPoint Mortgage Servicing Corporation christopher.mcmonagle@bbs-law.com bkecf@sterneisenberg.com

Christopher M. McMonagle
  on behalf of Creditor Embrace Home Loans Inc. christopher.mcmonagle@bbs-law.com, bkecf@sterneisenberg.com

Mario J. Hanyon
  on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Matthew M. Herron
  on behalf of Attorney The Debt Doctors LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
  on behalf of Debtor Jeremiah D. Austin mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
  on behalf of Joint Debtor Mary Kay Austin mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

S. James Wallace
  on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Steven P Kelly
  on behalf of Creditor RoundPoint Mortgage Servicing Corporation skelly@sterneisenberg.com bkecf@sterneisenberg.com

TOTAL: 12